EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Re: <br><br> Amari Arabía Rojas | 2005 TSPR 188 <br><br> 166 DPR _____ |

Número del Caso: TS-7224


Fecha: 9 de diciembre de 2005


Abogado de la Parte Peticionaaria:

Por Derecho Propio

 Colegio de Abogados de P.R.:

Lcdo. José M. Montalvo Trías
Director Ejecutivo




Materia: Solicitud de Baja Voluntaria




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Re*

Amari Arabia Rojas                          TS-7224


RESOLUCIÓN

San Juan, Puerto Rico, a 9 de diciembre de 2005

Atendida la moción del Colegio de Abogados de Puerto Rico, de 14 de octubre de 2005, en la cual se expresa que no tienen objeción a la solicitud de baja voluntaria radicada por la Lcda. Amari Arabia Rojas, se autoriza la misma.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo